**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6459**

---

SAMUEL WAYNE GUY,

Plaintiff - Appellant,

versus

NORTH CAROLINA DEPARTMENT OF CORRECTIONS;
L. W. PARKER; CYNTHIA THORNTON,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, District Judge. (CA-96-437-5-BR)

---

Submitted: July 10, 1997          Decided: July 24, 1997

---

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Samuel Wayne Guy, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for a writ of coram nobis seeking to vacate the district court's order dismissing his 42 U.S.C. § 1983 (1994), civil complaint under 28 U.S.C.A. § 1915(g) (West 1994 & Supp. 1997). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court. <u>Guy v. North Carolina Dep't of Corr.</u>, No. CA-96-437-5-BR (E.D.N.C. Feb. 27, 1997). Additionally, we deny Appellant's demand for mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2